## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH KITSON, Individually and on Behalf of Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BANK OF EDWARDSVILLE and )<br>HARLAND FINANCIAL SOLUTIONS, )<br>INC., )<br>)<br>Defendants. ) | CIVIL NO. 08-507-GPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **KENNETH KITSON, Individually and on Behalf of Others Similarly Situated,** recover from Defendant **BANK OF EDWARDSVILLE** the total amount of Three Million Four Hundred Fifteen Thousand Dollars (**$3,415,000**), which includes Two Hundred Thousand Dollars ($200,000) paid by Defendant **HARLAND FINANCIAL SOLUTIONS, INC.,** to Bank of Edwardsville. From this total amount, a Settlement Class Representative Fee of Eleven Thousand Dollars ($11,000) is awarded to Kenneth Kitson; attorneys fees in the amount of One Million One Hundred Thirty Eight Thousand Three Hundred Thirty Three Dollars and 33/100 cents are awarded to Class Counsel; and costs of Twenty-Five Thousand Dollars ($25,000) are awarded to Class Counsel. No other costs are awarded. The balance shall be distributed to the Settlement Class on a pro rata basis in accordance with the Memorandum and

Order entered January 25, 2010.

All claims, including third-party claims, are **DISMISSED with prejudice**.

**DATED**:  01/25/2010

                NANCY J. ROSENSTENGEL, CLERK


                By:  s/ Linda M. McGovern
                    Deputy Clerk


APPROVED:  s/ *G. Patrick Murphy*
       G. Patrick Murphy
       United States District Judge